IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    Eric J. Durst
        Debtor

Case No. 1:22-bk-02369-HWV
Chapter 13

## MOTION TO EXTEND TIME
## FOR FILING ALL REMAINING DOCUMENTS

AND NOW, this 22nd day of December, 2022, come the above Debtor, by his counsel, CGA Law Firm, E. Haley Rohrbaugh, Esquire and files the within Motion averring that:

1. The within Motion is brought pursuant to Bankruptcy Rule 1007 in that it seeks to extend the time in which the Debtor must file all remaining documents.

2. The above-captioned case is was filed as an emergency voluntary Chapter 13 petition on December 8, 2022, for the purpose of removing a garnishment from the Debtors checking and savings account.

3. Due to the expedited and hurried nature in which this petition was filed, and due to gathering all information to complete this filing, there is insufficient time for the Debtor to gather all necessary information and to complete all remaining documents by the due date.

4. For the reasons, the Debtor respectfully request an extension until January 22, 2023 to file all outstanding documents.

                                              Respectfully submitted,
                                              CGA Law Firm

                                      By: */s/ E. Haley Rohrbaugh* _____
                                              E. Haley Rohrbaugh, Esquire
                                              Sup. Ct. ID No. 323803
                                              135 N. George St. York, PA 17401
                                              Telephone: 717-848-4900

(Counsel for Debtor)

## CERTIFICATE OF SERVICE

      I hereby certify that on December 22, 2022, a true and correct copy of the foregoing Motion to Extend Time for all remaining documents was or will be sent to the following by CM / ECF:

Office of the U.S. Trustee

Jack N. Zaharopoulos, Esquire,
Chapter 13 Trustee

                                    */s/ E. Haley Rohrbaugh* _____
                                    E. Haley Rohrbaugh, Esquire

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    Eric J. Durst

    Debtor

Case No. 1:22-bk-02369-HWV
Chapter 13

# ORDER GRANTING MOTION TO EXTEND TIME TO FILE ALL REMAINING DOCUMENTS

AND NOW, upon consideration of the Motion filed by the Debtor seeking to have the time in which to file all remaining documents extended, it is hereby

ORDERED that the time within which the Debtor must file all remaining documents be extended an additional thirty (30) days.

BY THE COURT,