## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Eric J. Durst  
　　　　　　Debtor(s)

BK NO. 22-02369 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　/s/ Michael Farrington  
　　　　　　　　　　　Michael Farrington  
　　　　　　　　　　　23 Dec 2022, 09:45:52, EST

　　　　　　　　　　　KML Law Group, P.C.  
　　　　　　　　　　　BNY Mellon Independence Center  
　　　　　　　　　　　701 Market Street, Suite 5000  
　　　　　　　　　　　Philadelphia, PA  19106  
　　　　　　　　　　　215-627-1322