UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                               Bankr. Case No. 22-02369-HWV

Eric J. Durst                                                   Chapter 13

      Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX 76096

By  /s/ Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX 76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:     Bankr. Case No. 22-02369-HWV

Eric J. Durst     Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on December 27, 2022 :

| | |
|---|---|
| Elizabeth Haley Rohrbaugh<br>135 N. George Street<br>York, PA 17401 | Jack N Zaharopoulos<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

By   /s/ Mandy Youngblood
       Mandy Youngblood

xxxxx52893 / 1065656