United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Eric J. Durst  
    Debtor

Case No. 22-02369-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Jan 04, 2023     Form ID: ntnew341     Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric J. Durst, 2086 Loman Drive, York, PA 17408-4214 |
| 5510195 | | 21ST MORTGAGE, 620 MARKET STREET, ONE CENTRE SQUARE, KNOXVILLE, TN 37902 |
| 5510190 | + | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5510192 | + | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5510213 | + | THOMAS A. CAPEHART, ESQUIRE, 33 S. 7TH STREET, P.O. BOX 4060, ALLENTOWN, PA 18105-4060 |
| 5510214 | + | WELTMAN, WEINBERG & REIS CO, LPA, 436 7TH AVENUE, SUITE 2500, PITTSBURGH, PA 15219-1842 |
| 5510215 | | WELTMAN, WEINBERG & REIS CO., LPA, 170 S. INDEPENDENCE MALL W., SUITE 874, PHILADELPHIA, PA 19106-3334 |
| 5510217 | + | YK CR BUREAU, 33 S DUKE ST, YORK, PA 17401-1401 |
| 5510218 | + | YORK CO DRS, 100 W MARKET ST, YORK, PA 17401-1332 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Jan 04 2023 18:47:24 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Jan 04 2023 18:47:53 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/PDF: rmscedi@recoverycorp.com | Jan 04 2023 18:47:56 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5510196 | Email/Text: ebn@21stmortgage.com | Jan 04 2023 18:44:00 | 21ST MORTGAGE CORPORATION, P.O. BOX 477, KNOXVILLE, TN 37901 |
| 5513708 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 04 2023 18:44:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5510197 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 04 2023 18:44:00 | AMERICREDIT/GM FINANCIAL, ATTN: BANKRUPTCY, PO BOX 183853, ARLINGTON, TX 76096-3853 |
| 5510198 | + Email/PDF: bncnotices@becket-lee.com | Jan 04 2023 19:01:51 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 5510872 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jan 04 2023 18:47:42 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5511588 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 04 2023 18:44:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5510199 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 04 2023 18:47:43 | CAPITAL ONE AUTO FINANCE, ATTN: BANKRUPTCY, 7933 PRESTON RD, PLANO, TX 75024-2302 |
| 5510200 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 04 2023 19:01:40 | CITIBANK/BEST BUY, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5510201 | + Email/Text: dylan.succa@commercialacceptance.net | | |

| Recipient # | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 04 2023 18:44:00 | COMMERCIAL ACCEPTANCE COMPANY, ATTN: BANKRUPTCY, 2300 GETTYSBURG ROAD, SUITE 102, CAMP HILL, PA 17011-7303 |
| 5511261 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 04 2023 18:47:53 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5510205 | + | Email/Text: mrdiscen@discover.com | Jan 04 2023 18:43:00 | DISCOVER FINANCIAL, P.O. BOX 3025, NEW ALBANY, OH 43054-3025 |
| 5510202 | | Email/Text: mrdiscen@discover.com | Jan 04 2023 18:43:00 | DISCOVER, P.O. BOX 15316, WILMINGTON, DE 19850 |
| 5510203 | | Email/Text: mrdiscen@discover.com | Jan 04 2023 18:43:00 | DISCOVER BANK, P.O. BOX 15316, WILMINGTON, DE 19850 |
| 5510204 | | Email/Text: mrdiscen@discover.com | Jan 04 2023 18:43:00 | DISCOVER BANK*, 6500 NEW ALBANY ROAD, NEW ALBANY, OH 43054 |
| 5510206 | + | Email/Text: bankruptcy@flagshipcredit.com | Jan 04 2023 18:44:00 | FLAGSHIP CREDIT ACCEPTANCE, ATTN: BANKRUPTCY, PO BOX 965, CHADDS FORD, PA 19317-0643 |
| 5510207 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jan 04 2023 18:44:00 | HARLEY DAVIDSON FINANCIAL, ATTN: BANKRUPTCY, PO BOX 22048, CARSON CITY, NV 89721-2048 |
| 5510193 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 04 2023 18:44:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5510208 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 04 2023 18:43:00 | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 5511260 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 04 2023 18:47:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5513695 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 04 2023 18:47:29 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5510209 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 04 2023 18:47:46 | MERRICK BANK CORP, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5510210 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 04 2023 18:44:00 | MIDLAND FUND, ATTN: BANKRUPTCY, 350 CAMINO DE LA REINE, SUITE 100, SAN DIEGO, CA 92108-3007 |
| 5510459 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 04 2023 19:01:39 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5510211 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 04 2023 18:47:30 | RESURGENT CAPITAL SERVICES, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 5510191 | + | Email/Text: karen.brown@treasury.gov | Jan 04 2023 18:44:00 | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5510212 | + | Email/Text: bncmail@w-legal.com | Jan 04 2023 18:44:00 | TARGET NB, C/O FINANCIAL & RETAIL SERVICES, MAILSTOP BT PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 5510216 | + | Email/Text: BKRMailOps@weltman.com | Jan 04 2023 18:44:00 | WELTMAN, WEINBERG & REIS, CO. LPA, 323 W LAKESIDE AVE STE. 200, P O BOX 6597, CLEVELAND, OH 44101-1597 |
| 5510194 | | Email/Text: kcm@yatb.com | Jan 04 2023 18:43:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5511589 | *+ | AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANC, P O BOX 183853, ARLINGTON, TX 76096-3853 |
| 5510189 | *+ | ERIC J. DURST, 2086 LOMAN DRIVE, YORK, PA 17408-4214 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2023                    Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Eric J. Durst hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,ephillips@cgalaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Eric J. Durst,

**Debtor 1**

Chapter 13

Case No. 1:22−bk−02369−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, The Trustee will email the video link, 6 days prior to the meeting date. | Date: February 9, 2023 <br> Time: 10:30 AM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:** <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 4, 2023 |

ntnew341 (04/18)