UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  ERIC J. DURST                                           CHAPTER 13

  Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE                                         CASE NO: 1-22-02369-HWV
  Movant
vs.
ERIC J. DURST

  Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on February 6, 2023, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1) A Petition under Chapter 13 was filed on December 8, 2022.

2) The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).

   - Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD
   - Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME
   - CHAPTER 13 PLAN

3) If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

Dated: February 6, 2023                           Respectfully submitted,

                                                  /s/ Douglas R. Roeder, Esquire
                                                  ID: 80016
                                                  Attorney for Movant
                                                  Jack N. Zaharopoulos
                                                  Standing Chapter 13 Trustee
                                                  Suite A, 8125 Adams Drive
                                                  Hummelstown, PA 17036
                                                  Phone: (717) 566-6097
                                                  email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   ERIC J. DURST                                CHAPTER 13

                                                      CASE NO: 1-22-02369-HWV

## NOTICE

NOTICE IS HEREBY GIVEN THAT The debtor(s) filed a Chapter13 Bankruptcy Petition on December 8, 2022.

Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file required documents indicated below.

- Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD
- Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME
- CHAPTER 13 PLAN

A hearing with the Court has been scheduled for:

>   Date:       **March 22, 2023**
>   Time:       **09:30 AM**
>   Location:   **Ronald Reagan Federal Bldg**
>               **Bankruptcy Courtroom, 3rd Floor**
>               **228 Walnut Street**
>               **Harrisburg, PA 17101**

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before: **February 20, 2023**.  If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date.  If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Dated:   February 6, 2023

                                                      Respectfully submitted,

                                                      /s/   Douglas R. Roeder, Esquire
                                                      ID:  80016
                                                      Attorney for Movant
                                                      Jack N. Zaharopoulos
                                                      Standing Chapter 13 Trustee
                                                      Suite A, 8125 Adams Drive
                                                      Hummelstown, PA 17036
                                                      Phone:  (717) 566-6097
                                                      email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   ERIC J. DURST                                    CHAPTER 13

                     Debtor(s)                            CASE NO: 1-22-02369-HWV

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on February 6, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served Electronically

E. HALEY ROHRBAUGH
CGA LAW FIRM, P.C.
135 NORTH GEORGE ST
YORK PA  17401-

UNITED STATES TRUSTEE
SUITE 1190
228 WALNUT STREET
HARRISBURG, PA  17101

Served by First Class Mail

ERIC J. DURST
2086 LOMAN DRIVE
YORK  PA  17408

I certify under penalty of perjury that the foregoing is true and correct.

Date:  February 6, 2023                    /s/  Vickie Williams
                                           Office of the Standing Chapter 13 Trustee
                                           Jack N. Zaharopoulos
                                           Suite A, 8125 Adams Dr.
                                           Hummelstown, PA  17036
                                           Phone:  (717) 566-6097
                                           email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ERIC J. DURST

Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

vs.

ERIC J. DURST

Respondent(s)

CASE NO: 1-22-02369-HWV

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED. The Court retains jurisdiction to rule on any timely filed fee application.