12/29/2022

**Eric Durst**

\*\*\*DD\*\*\*

DIRECT DEPOSIT \*\*\* DIRECT DEPOSIT

Eric Durst
2086 Loman Avenue
York PA 17408

\*\*\* VOID \*\*\*

| Check #: | 4435 | Check Date: | 12/29/2022 | EMP#: |
|---|---|---|---|---|
| Period Start: | 12/17/2022 | Period Ending: | 12/23/2022 | |

### Gross Wages

| Desc | Hours | Rate | Amt | YTD |
|---|---|---|---|---|
| Salary | 40.000 | 1850.000 | 1850.00 | 12500.00 |
| Bonus | 0.000 | 0.000 | 0.00 | 200.00 |
| Total | | | 1850.00 | 12700.00 |

### Withholding Taxes

| Desc | Amt | YTD |
|---|---|---|
| SS | 114.70 | 787.40 |
| FIT | 248.69 | 1864.94 |
| FIT (Supp) | 0.00 | 0.00 |
| MEDI | 26.83 | 184.16 |
| Add MEDI | 0.00 | 0.00 |
| Pennsylvania S | 56.80 | 389.90 |
| Pennsylvania S | 0.00 | 0.00 |
| Pennsylvania S | 1.11 | 7.62 |
| Pennsylvania S | 0.00 | 0.00 |
| Total | 448.13 | 3234.02 |

### Deductions/Benefits

| Desc | Ben | Amt | YTD |
|---|---|---|---|
| Total | | 0.00 | 0.00 |
| Total | | 0.00 | 0.00 |

### ACH
Account: 8124 Amt: 1401.87

### Net Pay
Net: $1401.87
Direct Deposit: $1401.87

### Company
Sigma Continental
1321 Upland Drive 2091
Houston TX 77043

01/05/2023

Eric Durst                                              ***DD***

DIRECT DEPOSIT *** DIRECT DEPOSIT

Eric Durst
2086 Loman Avenue                                       **\*\*\* VOID \*\*\***
York PA 17408

| | | | | | SSN: *750 | | | EMP#: | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Check #: | 4465 | Check Date: | 01/05/2023 | | | | | | | | | |
| Period Start: | 12/24/2022 | Period Ending: | 12/30/2022 | | | | | | | | | |

| Gross Wages | | | | | Withholding Taxes | | | Deductions/Benefits | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Desc | Hours | Rate | Amt | YTD | Desc | Amt | YTD | Desc | Ben | Amt | YTD |
| Salary | 40.000 | 1850.000 | 1850.00 | 1850.00 | SS | 114.70 | 114.70 | | | | |
| | | | | | FIT | 248.69 | 248.69 | | | | |
| | | | | | FIT (Supp) | 0.00 | 0.00 | | | | |
| | | | | | MEDI | 26.83 | 26.83 | | | | |
| | | | | | Add MEDI | 0.00 | 0.00 | | | | |
| | | | | | Pennsylvania S | 56.80 | 56.80 | | | | |
| | | | | | Pennsylvania S | 0.00 | 0.00 | | | | |
| | | | | | Pennsylvania S | 1.11 | 1.11 | | | | |
| | | | | | Pennsylvania S | 0.00 | 0.00 | | | | |
| | | | | | | | | Total | | 0.00 | 0.00 |
| Total | | | 1850.00 | 1850.00 | Total | 448.13 | 448.13 | Total | | 0.00 | 0.00 |

| Accruals | ACH | Net Pay | Company |
|---|---|---|---|
| | Account: #124 Amt: 1401.87 | Net: $1401.87 | Sigma Continental |
| | | Direct Deposit: $1401.87 | 1321 Upland Drive 2091 |
| | | | Houston TX 77043 |

01/12/2023

Eric Durst

***DD***

DIRECT DEPOSIT *** DIRECT DEPOSIT

Eric Durst
2086 Loman Avenue
York PA 17408

*** VOID ***

| Eric Durst | | | | SSN: -3790 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Check #: | 4525 | Check Date: | 01/12/2023 | | EMP#: | | | | | | |
| Period Start: | 12/31/2022 | Period Ending: | 01/06/2023 | | | | | | | | |

| Gross Wages | | | | | Withholding Taxes | | | Deductions/Benefits | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Desc | Hours | Rate | Amt | YTD | Desc | Amt | YTD | Desc | Ben | Amt | YTD |
| Salary | 80.00 | 1480.00 | 1480.00 | 2960.00 | SS | 91.76 | 183.46 | | | | |
| | | | | | FIT | 57.93 | 419.10 | | | | |
| | | | | | FIT (Resid) | 0.00 | 0.00 | | | | |
| | | | | | MED | 21.46 | 45.14 | | | | |
| | | | | | Add MED | 0.00 | 0.00 | | | | |
| | | | | | Pennsylvania S | 45.44 | 100.36 | | | | |
| | | | | | Pennsylvania R | 0.80 | 0.10 | | | | |
| | | | | | Pennsylvania R | 1.04 | 0.19 | | | | |
| | | | | | Pennsylvania C | 0.00 | 0.00 | | | | |

Total: 1480.00 2960.00  Total: 317.23 789.16  Total: 0.00 0.00

| Accounts | ACH | Net Pay | Company |
|---|---|---|---|
| | Account: #*****1162.77 | Net: $1162.77 | Sigma Consumer |
| | | Direct Deposit: $1162.77 | 1321 Upland Drive 200 |
| | | | Houston TX 77043 |

01/19/2023

**Eric Durst**   \*\*\*DD\*\*\*

DIRECT DEPOSIT \*\*\* DIRECT DEPOSIT \*\*\*

Eric Durst
2086 Loman Avenue
York PA 17408

\*\*\* VOID \*\*\*

| Eric Durst | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Check # | 4079 | Check Date | 01/19/2023 | | EMP#: | | | | | |
| Period Start: | 01/07/2023 | Period Ending: | 01/10/2023 | | | | | | | |

| Gross Wages | | | | | Withholding Taxes | | | Deductions/Benefits | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Desc | Hours | Rate | Amt | YTD | Desc | Amt | YTD | Desc | Amt | YTD |
| Salary | 40.000 | 1856.025 | 1950.20 | 1587.41 | SS | 114.70 | 321.18 | | | |
| | | | | | FIT | 238.93 | 645.73 | | | |
| | | | | | FIT (Other) | 0.00 | 0.00 | | | |
| | | | | | MED | 26.83 | 75.12 | | | |
| | | | | | Add MED | 0.00 | 0.00 | | | |
| | | | | | Pennsylvania 0 | 56.80 | 159.04 | | | |
| | | | | | Pennsylvania 0 | 0.00 | 0.00 | | | |
| | | | | | Pennsylvania 0 | 1.30 | 3.40 | | | |
| | | | | | Pennsylvania 0 | 0.00 | 0.00 | | | |
| | | | | | | | | Total | 0.00 | 0.00 |
| Total | | | 1950.20 | 5167.75 | Total | 433.56 | 1157.42 | Total | 0.00 | 0.00 |

| Accruals | ACH | Net Pay | Company |
|---|---|---|---|
| | Account: 8124 Amt: 1411.44 | Net: $1411.44 Direct Deposit: $1411.44 | Signs Corporate 1505 General Drive 2001 Houston, TX 77043 |