In re:  
Eric J. Durst  
    Debtor

Case No. 22-02369-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Feb 07, 2023     Form ID: pdf010     Total Noticed: 47

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric J. Durst, 2086 Loman Drive, York, PA 17408-4214 |
| 5510195 | | 21ST MORTGAGE, 620 MARKET STREET, ONE CENTRE SQUARE, KNOXVILLE, TN 37902 |
| 5510190 | + | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5510192 | + | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5510213 | + | THOMAS A. CAPEHART, ESQUIRE, 33 S. 7TH STREET, P.O. BOX 4060, ALLENTOWN, PA 18105-4060 |
| 5519870 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |
| 5510214 | + | WELTMAN, WEINBERG & REIS CO, LPA, 436 7TH AVENUE, SUITE 2500, PITTSBURGH, PA 15219-1842 |
| 5510215 | | WELTMAN, WEINBERG & REIS CO., LPA, 170 S. INDEPENDENCE MALL W., SUITE 874, PHILADELPHIA, PA 19106-3334 |
| 5510217 | + | YK CR BUREAU, 33 S DUKE ST, YORK, PA 17401-1401 |
| 5510218 | + | YORK CO DRS, 100 W MARKET ST, YORK, PA 17401-1332 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 07 2023 18:41:01 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 07 2023 18:41:01 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Feb 07 2023 18:41:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5510196 | | Email/Text: ebn@21stmortgage.com | Feb 07 2023 18:40:00 | 21ST MORTGAGE CORPORATION, P.O. BOX 477, KNOXVILLE, TN 37901 |
| 5513708 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 07 2023 18:40:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5510197 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 07 2023 18:40:00 | AMERICREDIT/GM FINANCIAL, ATTN: BANKRUPTCY, PO BOX 183853, ARLINGTON, TX 76096-3853 |
| 5510198 | + | Email/PDF: bncnotices@becket-lee.com | Feb 07 2023 18:51:31 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 5510872 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 07 2023 18:41:05 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5511588 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 07 2023 18:40:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5515907 | | Email/PDF: bncnotices@becket-lee.com | Feb 07 2023 18:51:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5510199 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 07 2023 18:41:05 | CAPITAL ONE AUTO FINANCE, ATTN: BANKRUPTCY, 7933 PRESTON RD, PLANO, TX 75024-2302 |

| Record | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5510200 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 07 2023 18:51:30 | CITIBANK/BEST BUY, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5510201 | + | Email/Text: dylan.succa@commercialacceptance.net | Feb 07 2023 18:40:00 | COMMERCIAL ACCEPTANCE COMPANY, ATTN: BANKRUPTCY, 2300 GETTYSBURG ROAD, SUITE 102, CAMP HILL, PA 17011-7303 |
| 5511261 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 07 2023 18:41:05 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5516228 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 07 2023 18:41:05 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5516378 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 07 2023 18:41:11 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5510205 | + | Email/Text: mrdiscen@discover.com | Feb 07 2023 18:40:00 | DISCOVER FINANCIAL, P.O. BOX 3025, NEW ALBANY, OH 43054-3025 |
| 5510202 | | Email/Text: mrdiscen@discover.com | Feb 07 2023 18:40:00 | DISCOVER, P.O. BOX 15316, WILMINGTON, DE 19850 |
| 5510203 | | Email/Text: mrdiscen@discover.com | Feb 07 2023 18:40:00 | DISCOVER BANK, P.O. BOX 15316, WILMINGTON, DE 19850 |
| 5510204 | | Email/Text: mrdiscen@discover.com | Feb 07 2023 18:40:00 | DISCOVER BANK*, 6500 NEW ALBANY ROAD, NEW ALBANY, OH 43054 |
| 5516454 | | Email/Text: mrdiscen@discover.com | Feb 07 2023 18:40:00 | Discover Bank/Discover Products, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 5510206 | + | Email/Text: bankruptcy@flagshipcredit.com | Feb 07 2023 18:40:00 | FLAGSHIP CREDIT ACCEPTANCE, ATTN: BANKRUPTCY, PO BOX 965, CHADDS FORD, PA 19317-0643 |
| 5510207 | + | Email/Text: bankruptcy.notices@hdfsi.com | Feb 07 2023 18:40:00 | HARLEY DAVIDSON FINANCIAL, ATTN: BANKRUPTCY, PO BOX 22048, CARSON CITY, NV 89721-2048 |
| 5518443 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Feb 07 2023 18:40:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5510193 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 07 2023 18:40:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5510208 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 07 2023 18:40:00 | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 5511260 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2023 18:41:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5513695 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 07 2023 18:41:02 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5510209 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 07 2023 18:41:06 | MERRICK BANK CORP, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5510210 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 07 2023 18:40:00 | MIDLAND FUND, ATTN: BANKRUPTCY, 350 CAMINO DE LA REINE, SUITE 100, SAN DIEGO, CA 92108-3007 |
| 5516381 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 07 2023 18:40:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5510459 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 07 2023 18:41:11 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5510211 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2023 18:41:12 | RESURGENT CAPITAL SERVICES, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |

| | | | | |
|---|---|---|---|---|
| 5510191 | + | Email/Text: karen.brown@treasury.gov | Feb 07 2023 18:40:00 | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5510212 | + | Email/Text: bncmail@w-legal.com | Feb 07 2023 18:40:00 | TARGET NB, C/O FINANCIAL & RETAIL SERVICES, MAILSTOP BT PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 5510216 | + | Email/Text: BKRMailOps@weltman.com | Feb 07 2023 18:40:00 | WELTMAN, WEINBERG & REIS, CO. LPA, 323 W LAKESIDE AVE STE. 200, P O BOX 6597, CLEVELAND, OH 44101-1597 |
| 5510194 | | Email/Text: kcm@yatb.com | Feb 07 2023 18:40:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5511589 | *+ | AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANC, P O BOX 183853, ARLINGTON, TX 76096-3853 |
| 5510189 | *+ | ERIC J. DURST, 2086 LOMAN DRIVE, YORK, PA 17408-4214 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 09, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Eric J. Durst hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,ephillips@cgalaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

ERIC J. DURST

Debtor 1

Chapter: 13
Case No.: 1-22-bk-02369-HWV

ORDER DISMISSING CASE

It appearing that the above named Debtor has failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

B 122C-1 - Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

B 122C-2 - Chapter 13 Calculation of Your Disposal Income

Schedules A-F

Schedules I-J

Statement of Financial Affairs

Employee Income Records or Certificate of No Payment Advices

IT IS HEREBY, ORDERED that the case of the above named Debtor be and is hereby dismissed. The Trustee hereby is discharged from further responsibility in this case, and it is further

ORDERED that all pending actions in this case are hereby dismissed.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 7, 2023