UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE
Eric J. Durst

CHAPTER 13

CASE NO.: 1:22-02369-HWV

Debtor(s) | Application for Refund

I, the undersigned petitioner, under penalty of perjury under the laws of the United States of America declare (or certify, verify or state) that the following statements and information are true and correct:

1. I am petitioning for a refund in the total amount of $ 235.00 for document no(s). 28 (*enter docket numbers*) filed in the above-named case on the following date(s) February 8, 2023 on behalf of the [✓] debtor(s) [ ] creditor (*check one*).

2. Receipt # A10576659 for the overpayment of filing fee was issued February 8, 2023 in the amount of $ 235.00.

3. A refund is warranted in this matter because (*state reason(s) why a refund should be issued*):

It was inadvertently paid. We had to file a new Chapter 13 case in order to stop bank attachment and will not be pursuing the reopening of the previous case. Would you please refund the fee that was paid with the Motion to Reopen.

4. Refund should be sent to: (*name and complete address*)
CGA Law Firm, 135 North George Street, York, PA 17401

5. I understand that, pursuant to 18 U.S.C. § 152, I may be subject to fines not more than $5,000, or imprisonment not more than five (5) years, or both, if I have knowingly and fraudulently made any false statements in this document.

6. I understand that it will take approximately 6-8 weeks to receive this refund.

Executed on February 14, 2023

Applicant's signature

Type or Print Name below:

E. Haley Rohrbaugh, Esquire

Address of Applicant:

CGA Law Firm

135 North George Street

York, PA 17401